UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Andreas Harris,
      Petitioner(s),

vs.

Courtney Haynes,
      Respondant(s).

CIVIL ACTION FILE

NO.  1:22-cv-2881-MHC

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the evidence establishes that minor child L.E.M.H.'s habitual residence is Sweden, that she was wrongfully removed by Respondent to the United States, and that no exception applies to excuse the return of L.E.M.H. to her habitual residence of Sweden.

Dated at Atlanta, Georgia, this 5th day of October, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/D. Burkhalter
    s/D. Burkhalter, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 5, 2022
Kevin P. Weimer
Clerk of Court

By:  s/D. Burkhalter
    Deputy Clerk